UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

Plaintiff,

v.

ORGANIC DELI AND GROCERY
CORPORATION, and 1018 MANHATTAN
BUILDING LLC,

Defendants.

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Civil Case No.: 1:24-cv-02806-ARR-VMS

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Jocelyn Pierre

and Defendants Organic Deli And Grocery Corporation, and 1018 Manhattan Building LLC by and

through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without

costs or attorneys' fees, except as otherwise privately agreed between the parties.

Dated: New York, New York
October 31, 2024

**THE MARKS LAW FIRM, P.C.**

By: _____
Darren R. Marks, Esq.
155 East 55th Street, Suite 4H
New York, NY 10022
Telephone: (646) 960-7820
Email: darren@markslawpc.com
*Attorneys for Plaintiff Jocelyn Pierre*

**LAW OFFICES OF NOLAN KLEIN, P.A.**

By: _____
Nolan Klein, Esq.
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (954) 745-0588
Email: klein@nklegal.com
*Attorneys for Defendants*

So Ordered,

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.    11/2/2024